July 7 - 2015

Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308, Capital station
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 13 2015

Abel Acosta, Clerk

RE: Ex Parte / Joey Balero   Cause No. 2011-431, 252-A,
    364 District Court of Lubbock County, Texas.
        Habeas Corpus Petition Under T.C.C.P. Art. 11.07

Honorable Acosta:

    Enclosed find Applicants Response to the Courts
Finding of Facts and Conclution of Law oP Lease file and
bring it to the attention of the Court.

    Applicant in this pleading is an indigent, prose, inmate with-
out medium of exchange to pay for copies, and pleads the Hon.
Acosta furnish any other copies required by Law or practice.
Thank You For You Time And Kindness In This Matter.

Respectfully

Joey Balero # 1848915
CO Unit
2661 FM 2054
Tennessee Colony, Tx. 75884

pro se : Applicant

In The Court of Criminal Appeals

of

Texas

---

From The 364th District Court

Lubbock County, Texas

Trial Cause No. 2011-431,252

---

Habeas Corpus Petition No 2011-431, 252-A

Applicants Response

To

The Courts

Finding of Facts and Conclusion of Law

---

Joey Balero #1848915
Co Unit
2661 FM 2054
Tennessee Colony, Tx. 75884

pro se: Applicant

E

In the Court of Criminal Appeals of Texas.

**Response To The Courts Findings of Fact-A-Conclusion of Law**

To the Honorable Judge of The C.C.A:

## I

Ex parte

Joey Balero

In The 364th Dist. Court
of
Lubbock County, Texas

## II

Comes Now, Joey Balero T.D.C.J.-CID No. 1848915 (Applicant) and files this His Response To The Courts findings of fact and conclusion of Law (F.F.C.L.) dated June 25 2015, and will show as follows.

## III

In the courts F.F.C.L the court claims that Applicant should be granted releaf requested on His Habeas Writ under T.C.C.P. Art. 11.07. His issue for the grantling to file an out-of-time Petition for Discretionary review (PDR).

## IV

Applicant argues that due to the delay, and not recieving the states answer or court's conclusion of Law of His original challange on Direct Appeal He is intitled to a free

_page one_

copy of the trial record. To include-but not Limited to the transcripts, reporter's record, police report in order to file an adequate PDR. Also, if this is Not possible to be assigned counsel (by the court) to assist him in the filing of His PDR.

Prayer

Applicant prays for relief.

Respectfully Submitted

Joey Balero #1848915

Cofield Unit

2661 FM 2054

Tennessee Colony, Tx. 75884-5000

pro se: Applicant

Executed / Signed on 7-7-15